344 A.2d 462
Robert C. ZUKAS and Mary Ann Zukas, his wife,
Appellants,
v.
Robert A. COLLINS and Louise J. Collins, his wife,
Appellees.

Robert A. COLLINS and Louise J. Collins,
his wife, Appellees,
v.
Robert C. ZUKAS and Mary Ann Zukas,
his wife, Appellants.

Supreme Court of Pennsylvania.

Argued March 13, 1975.

Decided Oct. 3, 1975.

Donald Laird Hankey, New Kensington, for appellants.

William J. Krzton, Pittsburgh, for appellees.

Before JONES, C. J., and EAGEN, O'BRIEN, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Decree affirmed. Costs on appellants in No. 82.

ROBERTS, J., did not participate in the consideration or decision of this case.